**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

United States of America,

Plaintiff(s),

vs.

Julian Jose Garcia,

Defendant(s).

2:25-cr-00354-GMN-MDC

**ORDER SETTING HEARING**

IT IS ORDERED that the parties shall appear in-person at **2:00 p.m. on September 2, 2026 in Courtroom 3B** for a hearing on defendant's *Motion to Continue Trial Date and Related Deadlines* (ECF No. 22).

Dated: August 26, 2026.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge