Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick Mula
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Julian Jose Garcia

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Julian Jose Garcia,<br><br>Defendant. | Case No. 2:25-cr-00354-GMN-MDC<br><br>**Unopposed Motion Regarding Independent Weighing and Testing of Alleged Drugs** |

Mr. Garcia respectfully requests that the Court issue an order making the following DEA exhibits available for reweighing by an expert retained by the defense:

- DEA Exhibit 1B3 (DEA Lab No. 2025-SFL8-04571) (referenced in DEA Case No. 281C-LV-4119267 at US-1493);
- DEA Exhibit 1B4 (DEA Lab No. 2025-SFL8-04906) (referenced in DEA Case No. 281C-LV-4119267 at US-1540);
- DEA Exhibit 1B5 (DEA Lab No. 2025-SFL8-05103) (referenced in DEA Case No. 281C-LV-4119267 at US-1574);
- DEA Exhibit 1B18 (DEA Lab No. 2025-SFL8-06070) (referenced in DEA Case No. 281C-LV-4119267 at US-1725); and

- DEA Exhibit 1B19 (DEA Lab No. 2025-SFL8-06069) (referenced in DEA Case No. 281C-LV-4119267 at US-1630).

Mr. Garcia further requests that representative samples of these exhibits be transferred to the defense's expert for retesting at an independent laboratory.

Defense counsel has retained the services of Michael D. Henson of M.D. Henson and Associates, LLC, in order to reweigh and retest the aforementioned exhibits. M.D. Henson and Associates, LLC, will personally deliver the samples to Pacific Toxicology Laboratories, 9348 Desoto Avenue, Chatsworth, CA 91311, for retesting. The retesting will be conducted by Pacific Toxicology Laboratory/Forensic Toxicology Associates, whose DEA registration number is RF0301553. The government does not object to an independent examination of the aforementioned exhibits, as provided above, and the parties have conferred with each other as well as with the Drug Enforcement Administration (DEA) regarding the defense's request.

With no objection from the government, the defense requests that this court issue an order making available the aforementioned exhibits for reweighing by the defense's expert, and providing for the transfer of representative samples of the aforementioned exhibits for retesting by the defense's expert at an independent laboratory.

Dated October 14, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Rick Mula*
Rick Mula
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Julian Jose Garcia,<br>Defendant. | Case No. 2:25-cr-00354-GMN-MDC<br>**Proposed Order** |

Good cause appearing, Defendant's motion is granted.

IT IS THEREFORE ORDERED that at a mutually convenient time within 30 days of entry of this order, the narcotics exhibit items listed below, seized in the above-referenced case, shall be made available by the Government, the Federal Bureau of Investigation (FBI), and the Drug Enforcement Administration (DEA) to Michael D. Henson of M.D. Henson and Associates (6520 Platt Avenue, #562, West Hills, CA 91307) for independent analysis of drug identification, weight, and purity. A DEA chemist or FBI or DEA case agent shall provide the exhibits to a representative from M.D. Henson and Associates, who shall weigh the drugs at the DEA's Southwest Laboratory in Vista, California, or at a location agreed upon by the government and defense expert. FBI or DEA personnel may be present and observe/oversee all tests for chain of custody or security purposes. M.D. Henson and Associates will provide its own scales and all necessary equipment to complete the reweigh.

IT IS FURTHER ORDERED, that, at the time of the reweigh, a small sample of each exhibit will be provided to Michael D. Henson of M.D. Henson and Associates, LLC, who will personally deliver the sample to Pacific Toxicology Laboratories, (9348 Desoto Avenue, Chatsworth, CA 91311), for testing of drug identification and purity. These tests will be conducted by Pacific Toxicology Laboratory/Forensic Toxicology

Associates, whose DEA registration number is RF0301553. The expert shall possess and present in advance, as a prerequisite to the delivery of the drug exhibits, a current and valid DEA registration sufficient to perform the qualitative and quantitative analyses of the schedule of controlled substance at issue, in accord and in full compliance with the applicable DEA registration procedures, found at 21 C.F.R. § 1301.11 et seq. The sample size from each exhibit will be not more than 0.5 grams and not less than 0.02 grams.

The defense expert shall return any residual substance to the Government law enforcement officer/agency immediately upon completion of the analyses ordered herein, but no longer than 14 calendar days from the date of receipt of the sample(s)/exhibit(s) by the defense expert.

Item(s) to be produced:

- DEA Exhibit 1B3 (DEA Lab No. 2025-SFL8-04571) (referenced in DEA Case No. 281C-LV-4119267 at US-1493);
- DEA Exhibit 1B4 (DEA Lab No. 2025-SFL8-04906) (referenced in DEA Case No. 281C-LV-4119267 at US-1540);
- DEA Exhibit 1B5 (DEA Lab No. 2025-SFL8-05103) (referenced in DEA Case No. 281C-LV-4119267 at US-1574);
- DEA Exhibit 1B18 (DEA Lab No. 2025-SFL8-06070) (referenced in DEA Case No. 281C-LV-4119267 at US-1725); and
- DEA Exhibit 1B19 (DEA Lab No. 2025-SFL8-06069) (referenced in DEA Case No. 281C-LV-4119267 at US-1630).

IT IS FURTHER ORDERED that if defendant seeks to use the test results for any litigation purpose, defense counsel shall produce to the government a copy of the test results pursuant to Fed. R. Crim. P. 16(b)(1)(B).

DATED 10-19-26

UNITED STATES MAGISTRATE JUDGE